# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY DOUGLAS ECHOLS,

    Petitioner,

vs.

JAMES BENEDITTI, *et al.*,

    Respondents.

3:10-cv-00340-LRH-VPC

**ORDER**

Respondents have filed a motion for a third extension of time in which to file an answer/responsive pleading to the petition for a writ of habeas corpus. (ECF No. 12). Respondents seek a 30-day enlargement of time, up to and including April 16, 2011, to file an answer/responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to file an answer/responsive pleading (ECF No. 12) is **GRANTED.** The answer/responsive pleading shall be filed on or before **April 16, 2011. Further requests for extensions of time will not be granted absent extraordinary circumstances.**

Dated this 6th day of April, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE